```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**JOSE RODRIGUEZ,**

        Petitioner,

  vs.                                Civil Action 2:10-CV-1159
                                        Judge Marbley
                                        Magistrate Judge King

**WARDEN, LONDON CORRECTIONAL INSTITUTION,**

        Respondent.

## ORDER

     This case was transferred to the United States District Court for the Northern District of Ohio.  *Order*, Doc. No. 25.  Thereafter, petitioner filed a motion for leave to file a supplemental brief.  Doc. No. 26.

     The Clerk is **DIRECTED** to transmit Doc. No. 26 to the United States District Court for the Northern District of Ohio for filing in 3:11-cv-2437.

                                          *s/Norah McCann King*
                                            Norah McCann King
                                    United States Magistrate Judge

April 3, 2012